■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

HARRY LOPEZ, Appellant.—Judgment, Supreme Court, New York County (Jerome Hornblass, J.), rendered on April 8, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Ross, Asch, Kassal and Ellerin, JJ.